# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00047-KJD-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| PETER ARGYRIS, et al., | ) | (Docket No. 31) |
| Defendant(s). | ) | |

Pending before the Court is the Government's unopposed motion for a status conference, Docket No. 31, which is hereby **GRANTED**. The Court hereby **SETS** a status conference for 9:30 a.m. on August 17, 2015, in Courtroom 3D. Defendants are required to be present.

IT IS SO ORDERED.

DATED: August 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge