**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-047-KJD-NJK |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| PETER ARGYRIS, and, JOANN ARGYRIS, | ) | |
| Defendants. | ) | |

Based upon the Stipulation of counsel, and for good cause shown, it is hereby ORDERED as follows:

1. The Protective Order the Court issued on March 19, 2015 (*see* Docket #19) is modified only to the extent that the Government has provided counsel for both Defendants with two (2) compact discs labelled "Grand Jury Subpoena Exhibits" and "Grand Jury and Jencks" and each disc contains sensitive information and the identification of potential witnesses in this case;

2. Counsel for the Defendants may, in preparation for the trial in this case, share the information contained on the compact discs identified in paragraph 1 with their clients;

3. Counsel for the Defendants may, in preparation for the trial in this case, contact any of the witnesses identified on the compact discs identified in paragraph 1;

4. Both Defendants are expressly precluded by Order of this Court from discussing any of the information contained on the compact discs identified in paragraph 1 (or the subject matter of this case) with any of the witnesses identified on the compact discs identified in paragraph 1; and

. . .

1

5. All of the remaining provision of the previously-entered Protective Order remain in effect.

**IT IS SO ORDERED.**

DATED this 18th day of August, 2015.

_____
Hon. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2