UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PETER ARGYRIS and<br>JOANN ARGYRIS,<br><br>           Defendant. | CASE NO.   2:15-cr-0047-KJD-NJK |

**FINDINGS OF FACT**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defense is in the process of obtaining and reviewing all discovery in this matter;

2. The parties have not been able to come to a resolution and this matter may proceed to trial;

3. Counsel for the defendants have spoken to the defendants and the defendants have no objection to the requested continuance;

4. Counsel for the defendants have spoken to counsel for the Plaintiff who has no objection to the requested continuance;

5. There have been two prior requests for a continuance of the motion deadlines in this case.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would result in a miscarriage of justice;

2. For all of the above-stated reasons, the ends of justice would be best served by a continuance of the trial date;

3. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(I)

and (iv); and

**ORDER**

**IT IS THEREFORE ORDERED** that counsel for the defense shall have up to and including October 16, 2015, within which to file any motions;

**IT IS FURTHER ORDERED** by and between the parties herein, that the Government shall have up to and including October 26, 2015, to file any responses;

**IT IS FURTHER ORDERED** by and between the parties herein, that the counsel for the defense shall have up to and including November 6, 2015, to file any replies.

DATED this  10th  day of September, 2015.

UNITED STATES DISTRICT JUDGE